CONRAD A. LINDBLOM, and Elsa Lindblom, Appellants, v. UNION CENTRAL LIFE INSURANCE COMPANY, a Corporation, Eaton Loan Agency, a Corporation, and Sox & Schnell, a Co-partnership.

UNION CENTRAL LIFE INSURANCE COMPANY, a Corporation, Respondent.

(235 N. W. 725.)

Opinion filed March 21, 1931. Rehearing denied April 20, 1931.

*Buck & Buck,* for appellants.
*Holt, Frame & Nilles,* for respondent.

NUESSLE, J. This appeal is governed by the decision in Olson v. Union Cent. L. Ins. Co. ante, 671, 235 N. W. 722. The facts in the two cases are similar; the legal questions presented are identical, and the cases were briefed and argued together in this court. Accordingly, no separate opinion is written herein.

The order appealed from is reversed.

CHRISTIANSON, Ch. J., and BURR, BIRDZELL and BURKE, JJ., concur.